Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS. P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Anna Marie Wolf*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Marie Wolf,<br><br>        Plaintiff,<br><br>    v.<br><br>Liberty Life Assurance Company of Boston;<br>USAA; USAA Group Disability Plan,<br><br>        Defendants. | Case No.  2:13-cv-00353-DGC<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

    RESPECTFULLY SUBMITTED this 11th day of September, 2013.

                            By:   */s/ Scott E. Davis*
                                  Scott E. Davis
                                  Attorney for Plaintiff

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen B. Coleman, Esq.
**JACKSON LEWIS LLP**
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016

Iwana Rademaekers, Esq.
**JACKSON LEWIS LLP**
500 N. Akard, Ste 2500
Dallas, Texas 75201


By:   */s/ Lisa L. Martinez*
An Employee of Scott E. Davis, P.C.