Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS. P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Anna Marie Wolf*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Marie Wolf,<br><br>       Plaintiff,<br><br>    v.<br><br>Liberty Life Assurance Company of Boston;<br>USAA; USAA Group Disability Plan,<br><br>      Defendants. | Case No.  2:13-cv-00353-DGC<br><br><br>**STIPULATED MOTION TO<br>DISMISS CASE WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each side will bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 19th day of September, 2013.


/s/ Iwana Rademaekers, Esq.          /s/ Scott E. Davis, Esq.
Iwana Rademaekers, Esq.           Scott E. Davis, Esq.
Attorney for Defendants            Attorney for Plaintiff