UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Marie Wolf,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Liberty Life Assurance Company of Boston;<br>USAA; USAA Group Disability Plan,<br><br>　　　　Defendants. | Case No.  CV13-00353-PHX DGC<br><br>**ORDER** |

　　Pursuant to the parties' Stipulation to Dismiss (Doc. 21) and good cause appearing,

　　**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.  Each side will bear its own attorney's fees and costs.

　　Dated this 19th day of September, 2013.

_____
David G. Campbell
United States District Judge

-1-